## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No.  14-cv-03157-REB

NANCY HALSTED,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## ORDER

**Blackburn, J.**

Proceeding under D.C.COLO.LCivR 72.2(d), the parties have consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) by filing the **Notice of Availability of a United States Magistrate Judge To Exercise Jurisdiction** [#21][1] on May 27, 2015.  Thus, the case should be drawn to a magistrate judge.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That under D.C.COLO.LCivR 40.1(a) and (b) this action shall be co-assigned to a full-time magistrate judge;

      2.  That the case caption shall include the initials of both the district judge and the magistrate judge to whom the case is assigned; and

      3.  That once a magistrate judge has been co-assigned, this court will issue an order of reference under D.C.COLO.LCivR 72.2(e) assigning the action to the magistrate judge assigned to the case.

---

[1]  "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated May 28, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge